Shaun Setareh (SBN 204514)
shaun@setarehlaw.com
H. Scott Leviant (SBN 200834)
scott@setarehlaw.com
**SETAREH LAW GROUP**
9454 Wilshire Boulevard, Suite 907
Beverly Hills, California 90212
Telephone: (310) 888-7771
Facsimile: (310) 888-0109

Attorneys for Plaintiff MARTHA VAUGHN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA VAUGHN, on behalf of herself, all others similarly situated,<br><br>    *Plaintiff*,<br><br>    v.<br><br>COACH, INC, DBA COACH LEATHERWARE CALIFORNIA INC., a Maryland corporation; and DOES 1-50 inclusive,<br><br>    *Defendants*. | Case No. 3:16-cv-04633-TEH<br><br><u>CLASS ACTION</u><br><br>**JOINT STIPULATION TO DISMISS PLAINTIFF'S THIRD CLAIM FOR RELIEF (BREACH OF CONTRACT); [PROPOSED] ORDER THEREON**<br><br>Action Filed: June 29, 2016<br>Date of Removal: August 12, 2016 |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

This Stipulation is made by and between Plaintiff MARTHA VAUGHN ("Plaintiff") and Defendant COACH, INC. DBA COACH LEATHERWARE CALIFORNIA INC. ("Defendant") (collectively, the "Parties"), through their respective counsel of record, with reference to the following facts:

1. On November 28, 2016, Plaintiff filed a First Amended Complaint ("FAC") that alleged, as the Third Claim for Relief, a cause of action for Breach of Contract. The Third Claim for Relief alleged that stock options were not provided to Plaintiff and a putative sub-class identified as the Stock Options Sub-Class.

2. On April 27, 2017, Defendant provided an explanation and supporting documentation demonstrating that Plaintiff has no valid claims related to any stock plans offered to employees by Defendant.

3. Based on the explanation and supporting documentation supplied by Defendant, Plaintiff has agreed to dismiss the Third Claim for Relief with prejudice as to her individual claims arising thereunder and without prejudice as to the putative class members, with all Parties to bear their own fees and costs as to the Third Claim for Relief.

4. The Parties therefore stipulate, pursuant to Rule 41 of the Federal Rules of Civil Procedure, to dismiss the Third Claim for Relief with prejudice as to Plaintiff and without prejudice as to the putative class members.

5. Because no class has been certified in this action, the Court's approval of this dismissal is not additionally required pursuant to Rule 23(e) of the Federal Rules of Civil Procedure. *See*, Fed. R. Civ. P. 23(e).

Based on the foregoing facts, the Parties Stipulate as follows:

1. Plaintiff's Third Claim for Relief for Breach of Contract in the FAC, in her individual capacity, is dismissed *with* prejudice;

2. Plaintiff's Third Claim for Relief for Breach of Contract in the FAC, on behalf of the putative sub-class, is dismissed *without* prejudice;

3. All parties shall bear their own fees and costs as to the Third Claim for Relief for Breach of Contract in the FAC.

IT IS SO STIPULATED.

Respectfully submitted,

Dated: June 13, 2017  **SETAREH LAW GROUP**

By: /s/ H. Scott Leviant
Shaun Setareh
H. Scott Leviant[1]

Attorneys for Plaintiff

Dated: June 13, 2017  **AKIN GUMP STRAUSS HAUER & FELD LLP**

By: /s/ Jonathan Christie, by permission
Gregory W. Knopp
Jonathan P. Slowik
Jonathan S. Christie

Attorneys for Defendant
COACH, INC.,

---

[1] Pursuant to L.R. 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories.

**[~~PROPOSED~~] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 6/14/17

_____
Hon. Thelton E. Henderson
UNITED STATES DISTRICT JUDGE