UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA VAUGHN,<br><br>    Plaintiff,<br><br>v.<br><br>COACH, INC.,<br><br>    Defendant. | Case No. 16-cv-04633-TEH<br><br>**ORDER RE: CASE MANAGEMENT CONFERENCE HELD ON JULY 31, 2017** |

On July 31, 2017, the Court held a case management conference with the parties. As a result of this conference, the Court orders the following:

First, a further case management conference is scheduled for **August 28, 2017** at **1:30 PM** in Courtroom 12, San Francisco. The parties shall submit an updated joint case management conference statement no later than **August 21, 2017.** These dates are scheduled with the parties' understanding that the case will be reassigned to another judge upon Judge Henderson's retirement, and that the judge receiving the case may reschedule the case management conference at his or her discretion.

Second, between now and the next case management conference, the parties shall meet and confer, in good faith, to schedule a date for the plaintiff's deposition.

Third, the parties shall come to the next case management conference prepared to discuss a date for private mediation, the scheduling for class certification, and the outcome of their meet-and-confer process on plaintiff's deposition.

**IT IS SO ORDERED.**

Dated: 8/1/2017                _____
                                                   THELTON E. HENDERSON
                                                   United States District Judge