UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MARTHA VAUGHN, | Case No. 16-cv-04633-VC |
|---|---|
| Plaintiff, | |
| v. | **ORDER RE ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |
| COACH, INC., | Re: Dkt. Nos. 60, 61 |
| Defendant. | |

The administrative motion to file under seal is granted in part and denied in part. Coach has identified a compelling reason – the security of its employees – to seal the Rule 30(b)(6) deposition testimony regarding the handling of cash at Coach stores. *See* Dkt. No. 61, Melican Decl. ¶ 3. The motion is otherwise denied.

The plaintiff must publicly file the following documents by March 30, 2018:

(1) the unredacted Motion for Class Certification,

(2) the Confidential Leviant Declaration, and

(3) the exhibits to the Confidential Leviant Declaration.

Exhibit 1 to the Confidential Leviant Declaration should include the redactions proposed by Coach. Each exhibit should be filed as a separate attachment to the Confidential Leviant Declaration.

**IT IS SO ORDERED.**

Dated: March 27, 2018

VINCE CHHABRIA
United States District Judge