1 **AKIN GUMP STRAUSS & HAUER LLP**
GREGORY W. KNOPP (SBN 237615)
2 JONATHAN S. CHRISTIE (SBN 294446)
VICTOR A. SALCEDO (SBN 317910)
3 gknopp@akingump.com
christiej@akingump.com
4 vsalcedo@akingump.com
1999 Avenue of the Stars, Suite 600
5 Los Angeles, CA 90067
Telephone:   (310)229-1000
6 Facsimile:   (310)229-1001

7 Attorneys for Defendant,
8 Coach, Inc.

9 **SETAREH LAW GROUP**
SHAUN SETAREH (SBN 204514)
10 shaun@setarehlaw.com
H. SCOTT LEVIANT (SBN 200834)
11 scott@setarehlaw.com
9454 Wilshire Blvd., Ste. 907
12 Beverly Hills, CA 90212
Telephone:   (310)888-7771
13 Facsimile:   (310)888-0109

14 Attorneys for Plaintiff,
Martha Vaughn
15

16 UNITED STATES DISTRICT COURT

17 NORTHERN DISTRICT OF CALIFORNIA-SAN FRANCISCO DIVISION

18

| | |
|---|---|
| MARTHA VAUGHN, on behalf of herself, all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COACH, INC, DBA COACH LEATHERWARE CALIFORNIA INC., a Maryland corporation; and DOES 1-50 inclusive,<br><br>Defendants. | Case No. 16-cv-04633-VC<br><br>**CLASS ACTION**<br><br>**JOINT SCHEDULING STIPULATION AND [PROPOSED] ORDER**<br><br>Action Filed:   June 29, 2016<br>Date of Removal:   August 12, 2016 |

Plaintiff Martha Vaughn ("Plaintiff") and Defendant Coach, Inc. ("Defendant") collectively hereinafter the "Parties," submit this Joint Scheduling Stipulation and Proposed Order in compliance with the Court's May 16, 2018 Minute Entry regarding the Case Management Conference, held on May 15, 2018.

The Parties stipulate to the following schedule, which sets deadlines approximately one month after the deadlines initially proposed by the Parties in their May 11, 2018 Joint Case Management Conference Statement:

- Plaintiff's deadline to identify any expert or other witnesses (not previously disclosed) whose testimony Plaintiff may rely on to support a new class certification motion:  August 2, 2018
- Plaintiff's motion deadline:  August 27, 2018
- Coach's opposition deadline:  October 12, 2018
- Plaintiff's reply deadline:  October 26, 2018
- Hearing approximately three weeks after the Reply filing date (November 15, 2018 is proposed)

IT IS SO STIPULATED.

Dated:  May 16, 2018  **AKIN GUMP STRAUSS HAUER & FELD LLP**

By:  /s/ *Gregory W. Knopp*
Gregory W. Knopp**
Jonathan S. Christie
Victor A. Salcedo
Attorneys for Defendant
COACH, INC.

Dated:  May 16, 2018  **SETAREH LAW GROUP**

By:  /s/ *H. Scott Leviant*
Shaun Setareh
H. Scott Leviant
Attorneys for Plaintiff
MARTHA VAUGHN

**Pursuant to L.R. 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories

**[PROPOSED] ORDER**

The following schedule, which sets deadlines approximately one month after the deadlines initially proposed by the Parties in their May 11, 2018 Joint Case Management Conference Statement, IS HEREBY ORDERED:

- Plaintiff's deadline to identify any expert or other witnesses (not previously disclosed) whose testimony Plaintiff may rely on to support a new class certification motion: August 2, 2018
- Plaintiff's motion deadline: August 27, 2018
- Coach's opposition deadline: October 12, 2018
- Plaintiff's reply deadline: October 26, 2018
- Hearing of new class certification motion is set for: November 15, 2018 / _____, 2018

Dated: \_\_May 17_____, 2018

_____
The Honorable Vince Chhabria